IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**LEONARDO LAGO-PLANAS,**

    **Plaintiff,**

v.                                           Civil Action No. 3:09-CV-2075-M-BK

**OFFICER RUSSELL CROCKER, et al.,**

    **Defendants.**

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendants' *Motion for Summary Judgment* (Doc. 59) is **GRANTED**. Plaintiff's *Motion for Expunction of Criminal Record* (Doc. 57) is **DENIED**.

SO ORDERED this 9th day of February, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS